IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| DONTEZ JOHNSON, | : | Case No. 1:19-cv-447 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| STATE OF OHIO, et al., | : | |
| Defendants. | : | |

**ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 15) AND DENYING MOTIONS TO AMEND AND SUBPOENA TRANSCRIPT (DOCS. 7, 10)**

The Court has reviewed the Report and Recommendation of Magistrate Judge Stephanie K. Bowman (Doc. 15), to whom this case is referred pursuant to 28 U.S.C. § 636(b). No objections have been filed. The time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Therefore, the Court **ADOPTS** the Report and Recommendation (Doc. 15) in its entirety and **DENIES** Plaintiff's pending motions to amend (Doc. 7) and to subpoena the SMP hearing transcript (Doc. 10). The Court certifies under 28 U.S.C. § 1915(a)(3) that for the reasons identified in the Report and Recommendation, an appeal of this Order would not be taken in good faith.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND